## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Attn: Bergman, President/CEO
1446 N 24th Avenue
Phoenix, AZ 85009
RE: Blue Ribbon Tire Co.

_____
Mary E. Augustine (No. 4477)